# Exhibit C



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act Program
Communications Center
245 Murray Lane, SW, Building T-5
Mail Stop 8205
Washington, D.C. 20223

Date:   August 8, 2023

Annalise Beube
20200 West Dixie Highway, Suite 902
Aventura, Florida 33180
Email:

File Number:   20230803

Dear Requester:

This letter acknowledges the receipt of your recent Freedom of Information Act (FOIA) request, received by the United States Secret Service (Secret Service) on August 8, 2023, for information pertaining to:

1. All risk assessment reports by the Secret Service regarding Robert F. Kennedy, Jr.;

2. All communications (including emails, memos, electronic chat, text messages, etc.) sent or received regarding any request for protection made pursuant to 18 U.S.C. 3056(a)(7) (including sent or received by Alejandro Mayorkas, Kimberly O'Connor, and/or Kristie Canegallo);

3. All records (including risk assessment reports) provided to the committee identified in 18 U.S.C. 3056(a)(7) regarding any request for protection pursuant to 18 U.S.C. 3056(a)(7);

4. All other communications (including emails, memos, electronic chat, text messages, etc.) sent or received regarding any request for protection made pursuant to 18 U.S.C. 3056(a)(7) (including sent or received by Alejandro Mayorkas, Kimberly O'Connor, and/or Kristie Canegallo); and

5. All records (including risk assessment reports) provided to the committee identified in 18 U.S.C. 3056(a)(7) regarding any request for protection pursuant to 18 U.S.C. 3056(a)(7)

(Date Range for Record Search: From 4/1/2023 To 8/8/2023).

You have requested expedited processing of your request under the Department of Homeland Security (DHS) standard permitting expedition when a requester demonstrates a "compelling need." Your request for expedited treatment has been granted.

Under the DHS/FOIA regulation, 6 C.F.R., Chapter I, Part 5 § 5.5, expedited processing of a FOIA request is warranted if the request involves "circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual" ((d)(1)(i)), or "an urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information" ((d)(1)(ii)).  Requesters that seek expedited processing must submit a statement explaining, in detail, the basis for the request.  Additionally, FOIA regulation 6 C.F.R., Chapter I, Part 5 § 5.5(d)(3), requires that statements be certified, by the requester, to be "true and correct to the best of that person's knowledge and belief."

Your request has been granted because you have demonstrated a need, under DHS/FOIA regulation 6 C.F.R., Chapter I, Part 5 § 5.5(d)(1)(i) or 5.5(d)(1) (ii), for expedited processing.

Please be advised, provisions of the Acts allow us to recover part of the cost of complying with your request.  We shall charge you for the records in accordance with FOIA regulations as they apply to "all other" requesters.  The first 100 pages of duplication are free of charge.  As an "all other" requester, you will be charged .10 cents a page for the duplication of each additional page.  As an "all other" requester, the first 2 hours of search time are free of charge, after which you will be charged the per quarter-hour rate ($4.00, $7.00, $10.25) of the searcher.

Furthermore, the submission of your request is considered a firm commitment, by you, to pay all applicable duplication and search time costs charged, under 6 C.F.R., Chapter I, Part 5 § 5.11, up to $25.00.  A search for files responsive to your request is being conducted.  The appropriate components of the Secret Service are being queried for responsive documents.  If any responsive records are located, they will be reviewed for a disclosure determination.  You will be contacted before any additional fees are accrued.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request.  Per Section 5.5(a) of the FOIA regulations, 6 C.F.R, Chapter I, Part 5, Secret Service processes FOIA requests according to their order of receipt.  As your request seeks documents that will require a thorough and wide-ranging search, the Secret Service will invoke a 10-day extension for your request, pursuant to 6 C.F.R., Part 5 § 5.5(c).  If you would like to narrow the scope of your request, please contact our office.  We will make every effort to comply with your request in a timely manner.

Your request has been assigned FOIA/PA File No. 20230803.  If you have any questions or would like to check the status of your request, please contact our FOIA Public Liaison Kevin Tyrrell, at (202) 220-1819.  Alternatively, you may email this office at FOIA@usss.dhs.gov.

Please use the file number indicated above in all future correspondence with this office.

Thank you,

Freedom of Information Act Program
United States Secret Service
245 Murray Lane, SW, Building T-5
Mail Stop 8205
Washington, DC  20223
Phone: (202) 220-1819
Fax: (202) 220-1755
Email: FOIA@USSS.DHS.GOV