# Exhibit E



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act Program
Communications Center
245 Murray Lane, SW, Building T-5
Mail Stop 8205
Washington, D.C. 20223

Date:   August 22, 2023

Aaron Siri. Esq.
745 Fifth Ave, Suite 500
New York, NY 10151
Email: foia@sirillp.com

File Number:   20230803

Dear Requester:

Reference is made to your recent Freedom of Information Act (FOIA) request, received by the United States Secret Service (Secret Service) on August 8, 2023. Reference is also made to the telephone communication with Annalise Beube, as well as your most recent email correspondence, dated August 17, 2023. As a result of these communications, we have updated our records to reflect the below request description for your FOIA request. In your request transferred to our agency by the Federal Protective Services and the request submitted directly to our agency, you have requested the following records. from April 1, 2023 to August 8, 2023:

1. All risk assessment reports by the Secret Service regarding Robert F. Kennedy, Jr.;

2. All communications (including emails, memos, electronic chat, text messages, etc.) sent or received regarding any request for protection made pursuant to 18 U.S.C. 3056(a)(7) (including sent or received by Alejandro Mayorkas, Kimberly O'Connor, and/or Kristie Canegallo);

3. All records (including risk assessment reports) provided to the committee identified in 18 U.S.C. 3056(a)(7) regarding any request for protection pursuant to 18 U.S.C. 3056(a)(7);

4. All records (including risk assessment reports) provided to the committee identified in 18 U.S.C. 3056(a)(7) regarding any request for protection pursuant to 18 U.S.C. 3056(a)(7);

5. All requests for protection made pursuant to 18 U.S.C. 3056(a)(7); and

6. All reports or recommendations (including from any advisory committee) consulted, reviewed, or relied upon by the Secretary of Homeland Security to approve or deny any request for protection made pursuant to 18 U.S.C. 3056(a)(7).

Please confirm that the requested items outlined above are correct.

At this time, a search for files responsive to your request is being conducted. The appropriate components of the Secret Service are being queried for responsive documents. If any responsive records are located, they will be reviewed for determination of releasability.

Furthermore, we have determined that FOIA File Number 20230835 is a duplicate of the items requests that have already been requested under this file number. Therefore, FOIA File Number 20230835 has been administratively closed.

Your request is assigned FOIA File No. 20230803. We solicit your cooperation and assure you that the search will be conducted as expeditiously as possible. If you have any questions or would like to check the status of your request, please contact our FOIA Public Liaison Kevin Tyrrell, at (202) 220-1819. Alternatively, you may email this office at FOIA@usss.dhs.gov.

Please use the file number indicated above in all future correspondence with this office.


Thank you,

Freedom of Information Act Program
United States Secret Service
245 Murray Lane, SW, Building T-5
Mail Stop 8205
Washington, DC  20223
Phone: (202) 220-1819
Fax: (202) 220-1755
Email: FOIA@USSS.DHS.GOV