# Exhibit G

# Britney Long

| | |
|---|---|
| **From:** | FOIA <FOIA@HQ.DHS.GOV> |
| **Sent:** | Friday, October 20, 2023 2:47 PM |
| **To:** | S&G Information Request Staff |
| **Subject:** | RE: Department of Homeland Security FOIA 2023-HQFO-02122 Acknowledgment (DHS 11008 A-B) |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good afternoon,

We are still processing this request. Estimated completion time would be about 2 more months.

Thank you.

**From:** S&G Information Request Staff <foia@sirillp.com>
**Sent:** Thursday, October 19, 2023 5:32 PM
**To:** FOIA <FOIA@HQ.DHS.GOV>; S&G Information Request Staff <foia@sirillp.com>
**Subject:** RE: Department of Homeland Security FOIA 2023-HQFO-02122 Acknowledgment (DHS 11008 A-B)

Good afternoon,

Just wanted to check in to see if there's a specific estimated date of completion for this request?

Annalise Beube, Law Clerk

## Siri | Glimstad

20200 West Dixie Highway, Suite 902
Aventura, FL 33180
Main: 786-244-5660
Facsimile: 646-417-5967

[www.sirillp.com](www.sirillp.com)

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** FOIA <FOIA@HQ.DHS.GOV>
**Sent:** Monday, September 25, 2023 2:13 PM
**To:** S&G Information Request Staff <foia@sirillp.com>
**Subject:** RE: Department of Homeland Security FOIA 2023-HQFO-02122 Acknowledgment (DHS 11008 A-B)

Good afternoon,

Please note we are reviewing the records for this case. Estimated time of completion will be 1 to 3 months due to other cases ahead in the queue.

Thank you.

**From:** S&G Information Request Staff <foia@sirillp.com>
**Sent:** Monday, September 25, 2023 11:58 AM
**To:** FOIA <FOIA@HQ.DHS.GOV>
**Subject:** RE: Department of Homeland Security FOIA 2023-HQFO-02122 Acknowledgment (DHS 11008 A-B)

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Dear Mr. Wolfrey,

I tried reaching out to your office by phone earlier today. We haven't received a response to our September 7th and September 13th emails below. To avoid litigation, we would like an estimated date of completion.

Regards,

Annalise Beube, Law Clerk
# Siri | Glimstad
20200 West Dixie Highway, Suite 902
Aventura, FL 33180
Main: 786-244-5660
Facsimile: 646-417-5967

www.sirillp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** S&G Information Request Staff <foia@sirillp.com>
**Sent:** Wednesday, September 13, 2023 9:28 AM
**To:** foia@hq.dhs.gov
**Subject:** RE: Department of Homeland Security FOIA 2023-HQFO-02122 Acknowledgment (DHS 11008 A-B)

Dear Mr. Wolfrey,

Please note that September 20, 2023 is 30 business days from the request receipt date (20 days plus 10 for unusual circumstances). We will anticipate a production, even if on a rolling basis, on or before that date.

Regards,

Annalise Beube, Law Clerk
# Siri | Glimstad
20200 West Dixie Highway, Suite 902
Aventura, FL 33180
Main: 786-244-5660
Facsimile: 646-417-5967

www.sirillp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** S&G Information Request Staff <foia@sirillp.com>
**Sent:** Thursday, September 7, 2023 2:54 PM
**To:** foia@hq.dhs.gov
**Subject:** RE: Department of Homeland Security FOIA 2023-HQFO-02122 Acknowledgment (DHS 11008 A-B)

Dear Mr. Wolfrey,

Yesterday was the 20th business day since DHS' receipt of the request. Can you provide an estimated date of completion?

Annalise Beube, Law Clerk

# Siri | Glimstad

20200 West Dixie Highway, Suite 902
Aventura, FL 33180
Main: 786-244-5660
Facsimile: 646-417-5967

www.sirillp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** foia@hq.dhs.gov <noreply@securerelease.us>
**Sent:** Thursday, September 7, 2023 12:49 PM
**To:** S&G Information Request Staff <foia@sirillp.com>
**Subject:** Department of Homeland Security FOIA 2023-HQFO-02122 Acknowledgment

Good Afternoon,

Attached is our acknowledgment of your DHS FOIA request. If you need to contact this office again concerning your request, please provide the DHS reference number. This will enable us to quickly retrieve the information you are seeking and reduce our response time. This office can be reached at 866-431-0486 or foia@hq.dhs.gov

Regards,

DHS Privacy Office
Disclosure & FOIA Program
STOP 0655
Department of Homeland Security
245 Murray Drive, SW
Washington, DC 20528-0655
Telephone:  1-866-431-0486 or 202-343-1743
Fax:  202-343-4011
Visit our FOIA website https://www.dhs.gov/foia

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1