UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY, JR., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. SECRET SERVICE, <br><br> *Defendants*. | Case No. 1:23-cv-3232 |

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report pursuant to the Court's July 6, 2024 order requiring the parties to file a Joint Status Report on or before September 2, 2024.[1] The parties report as follows:

1. At issue in this Freedom of Information Act ("FOIA") lawsuit are Plaintiff's August 7, 2023 expedited FOIA requests to the U.S. Department of Homeland Security ("DHS") and U.S. Secret Service ("USSS").

2. In response to Plaintiff's FOIA request, DHS released an initial response of 114 pages of responsive records on January 18, 2024. On February 20, 2024, DHS released a final response of 29 additional pages.

3. In response to Plaintiff's FOIA request, USSS released a final response of 93 pages of responsive records on January 22, 2024.

4. Counsel for parties conferred on January 25 and February 26, 2024 to discuss the records that had been released thus far. As a result of these discussions, USSS released an amended response on February 28, 2024 and DHS released an amended response on March 14, 2024.

---

[1] The parties respectfully submit this joint status report on September 3, 2024 due to September 2, 2024 being a federal holiday.

5.	Parties are conferring about the next steps in this case and propose to file another joint status report on or before December 3, 2024, so the parties can update the Court on the status of the case.

| | |
|---|---|
| Dated:  September 3, 2024 | Respectfully submitted, |
| SIRI & GLIMSTAD LLP | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| */s/ Elizabeth A. Brehm*<br>Aaron Siri, DC Bar No. NY0537<br>Elizabeth A. Brehm, DC Bar No. NY0532 | ELIZABETH J. SHAPIRO<br>Deputy Branch Director |
| Siri & Glimstad LLP<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>Tel: (212) 532-1091<br>aaron@sirillp.com<br>ebrehm@sirillp.com | */s/ Ally Scher*<br>ALLY SCHER (DC Bar No. 1616379)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 514-9836<br>Facsimile: (202) 616-8460<br>E-mail: allyson.r.scher@usdoj.gov |
| Counsel for Plaintiff | Counsel for Defendant |