# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY, JR., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. SECRET SERVICE, <br><br> *Defendants*. | Case No. 1:23-cv-3232 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of the parties' Settlement Agreement executed on November 4, 2024, Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

Dated: November 4, 2024

SIRI & GLIMSTAD LLP

*/s/ Elizabeth A. Brehm*
Aaron Siri, DC Bar No. NY0537
Elizabeth A. Brehm, DC Bar No. NY0532

Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
aaron@sirillp.com
ebrehm@sirillp.com

Counsel for Plaintiff

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Ally Scher*
ALLY SCHER (DC Bar No. 1616379)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Telephone: (202) 514-9836
E-mail: allyson.r.scher@usdoj.gov

Counsel for Defendants